# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:03CR34

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| SHAUN EDWARD CORPENING | ) | |

**THIS MATTER** is before the Court on a letter received from the Defendant which has been filed as a motion to modify sentence. The motion is denied.

Defendant asks the Court to consider modifying his sentence to provide that the remainder of his sentence be served by allowing him work release and/or transfer to a halfway house. After a sentence is imposed, the Court has no jurisdiction or authority to reduce or otherwise modify a sentence except for limited circumstances not presented in the Defendant's letter.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter-motion for modification of sentence is hereby **DENIED.**

2

Signed: January 18, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge